Nos. 2725, 2726. GARRISON *v.* NESBIT and GARRISON *v.*
CAGLE. November Term, 1890. It being brought to the atten-
tion of the court on the call of these causes for trial that no
points and authorities had been filed as required by rule VIII.,

nor served on respondent's attorneys, on motion of respondents the court passed orders dismissing the appeals January 7, 1891. *Wells & Orr*, for the motion.